FILED
09 MAY -6 PM 3:06
NORTHERN DISTRICT OF COURT
CLEVELAND OF OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | 1:09 CR 0216 |
| | ) | CASE NO. _____ |
| v. | ) | Title 18, United States |
| | ) | Code, Section 656 |
| LISA M. ANDERSON, | ) | JUDGE LIOI |
| | ) | |
| Defendant. | ) | |

The Grand Jury charges:

That between on or about December 23, 2008 and on or about February 25, 2009, in the Northern District of Ohio, Eastern Division, LISA M. ANDERSON, being an employee, that is, a assistant branch manager, at a branch of Charter One Bank, located at 3720 Center Road, Brunswick, Ohio, the deposits of which were then insured by the Federal Deposit Insurance Corporation, knowingly and with intent to injure and defraud said institution, did embezzle, abstract, and purloin, approximately $6,363.81 of the funds and credits of Charter One Bank, which had come into her care by virtue of her position as an employee of Charter One Bank.

All in violation of Title 18, United States Code, Section 656.

A TRUE BILL

Original Document - - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.